# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Vanessa E. Carbonell et al** <br><br> Plaintiffs <br><br> V. <br><br> **López-Figueroa et al** <br><br> Defendants | CIVIL NO. 22-1236 (WGY) |

## JUDGMENT

Pursuant to Court's Memorandum and Order in ECF No. 147, the Employees' Motion For Summary Judgment at ECF No. 107, is ALLOWED, and judgment is enter against the Defendants. The Public Employers' Motion for Summary Judgment, ECF No. 134, is DENIED.

**IT IS SO ORDERED** .

In Boston, Massachusetts, on this 18h day of November of 2024.

s/William G. Young
United States District Judge